UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN WILLIAM SHERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14-CV-1896 CAS |
| | ) | |
| MARY EDWARDS-FEARS, AL BLAKEMORE, TRACEY CHANEY, JEROME DYSON, MARK BIONDOLINO, MIKE MATHEWS, JOHN BLASKIEWICS, JEROME JACKSON, GARY FOSTER, NANNETTE BAKER, JENNIFER JOYCE, GEORGE PRUNEAU, JOHN RILEY, PATRICIA COHEN, EVELYN BAKER, KRISTEN KERR, JOSEPH WARZYCKI, ERIC SEYMORE AFFHOLTER, CHRISTOPHER DISILETS, WESLEY JONELL-CLEAVON BELL, DAVID MASON, CHRIS KOSTER, GREGORY WARREN, MICHAEL S. BOWERSOX, and JEREMIAH J. NIXON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order issued on this date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that an appeal from this action would not be taken in good faith.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 5th day of February, 2015.